UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Of America,

           Plaintiff,

v.

$72,916.59 Seized from Think Mutual Bank Account No. 7450000188354,

           Defendant,

and

Isnino Mohamud,

           Claimant.

Case No. 17-cv-974 (SRN/TNL)

**DEFAULT JUDGMENT AND A FINAL ORDER OF FORFEITURE**

_____

Craig R. Baune, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for Plaintiff

Deborah K. Ellis, Ellis Law Office, 101 E. 5th St., Ste. 1500, Saint Paul, MN 55101, for Claimant Isnino Mohamud
_____

SUSAN RICHARD NELSON, United States District Judge

    Based on the motion of the United States for an order: (1) granting default judgment against Towfiq Grocery Store, Inc. and all unknown persons and entities who have failed to file a verified claim to the defendant property and an answer to the Complaint For Forfeiture *In Rem*; and (2) for a Final Order of Forfeiture for the defendant funds, the Court finds as follows:

1. The United States filed a verified Complaint for Forfeiture *In Rem* on March 30, 2017. The Complaint alleges that the defendant property is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984;

2. The Clerk of Court issued a Warrant of Arrest and Notice *In Rem* on March 30, 2017, directing the United States Marshal for the District of Minnesota to arrest the defendant property and serve all known persons and entities having an interest in the defendant property with a copy of the Complaint for Forfeiture *In Rem* and the Warrant of Arrest and Notice *In Rem*;

3. The United States sent a Notice of Judicial Forfeiture Proceedings, the Complaint for Forfeiture *In Rem*, and the Warrant of Arrest and Notice *In Rem* by certified mail to Isnino Mohamud through her attorney, Deborah K. Ellis, and Abdihakiin Farah, as Registered Agent for Towfiq Grocery Store, Inc. Service was perfected as provided in Rule G(4)(b) of the Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions;

4. Pursuant to Rule G(4)(a)(iv)(C), the U.S. Attorney's Office posted a notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 1, 2017;

5. On May 5 and 25, 2017, respectively, Isnino Mohamud filed a claim and answer through which she asserted that she was the owner of the defendant property;

6. No other verified claim or answer has been filed, and the time for filing a claim and answer has expired under Rule G(5), Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions;

7. On or about October 7, 2020, Isnino Mohamed and Abdiqadir Ali Mohamud waived any claims to the defendant property and consented to the forfeiture of the defendant property to the United States; and

8. A hearing was held before the undersigned judge, via videoconference, on December 11, 2020, at 9:30 a.m.  Mr. Baune appeared on behalf of the Government and no one appeared on behalf of any claimants.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The United States' motion for a default judgment and final order of forfeiture for the defendant property [**Dkt. 14**] is **GRANTED**;

2. A default judgment is entered against Towfiq Grocery Store, Inc. and all unknown persons and entities having an interest in the defendant property for failure to file a claim and an answer to the Verified Complaint for Forfeiture *In Rem* as required by 18 U.S.C. § 983(a)(4)(A) and (B), and Rule G(5) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions; and

3. The defendant property is forfeited to the United States for disposition in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 11, 2020                    s/Susan Richard Nelson
                                             SUSAN RICHARD NELSON
                                             United States District Judge